The State of Texas vs. Gregory W. Brooks    3/1/2020
Spn: 02753347

Att: 4:19-cv-05011 = Refile 3/2/2020

United States Courts
Southern District of Texas
FILED

MAR 05 2020

David J. Bradley, Clerk of Court

Cause: 165651601010   CDI: 3   Court: 183

Activities

| Date | Description | SNU/CEL |
|---|---|---|
| 02/26/2020 - Motions | MTN Pretrial Hearing | 994 |
| 02/26/2020 - Motions | Filed CEL 183 | |
| 02/13/2020 - Motions | Prose PR Bond | 997 |
| 02/13/2020 - Motions | Filed CEL 183 | |
| 02/13/2020 - Motions | Prose ABAND Enhance | 996 |
| 02/13/2020 - Motions | Filed CEL 183 | |
| 02/13/2020 - Motions | Prose Speedy Trial | 995 |
| 02/13/2020 - Motions | Filed CEL 183 | |
| 02/13/2020 - Motions | Prose Written Ruling | 998 |
| 01/31/2020 - Grand Jury Action | FID 01/31/20 G208 | 999 |
| 01/31/2020 - Grand Jury Action | Rotation CRT 183 OF FREQ BND $5000 | |
| 01/31/2020 - Grand Jury Action | Offence Fail To Comply As Sex of Level F3 | |
| 01/31/2020 - ORI | Houston Police Depar Offense No. 162418219 | |
| PRECEPT/Serve IND Date Returned | How Executed E 02/07/2020 | |
| 12/13/2019 Date Served | 02/06/2020 | |
| 12/13/2019 Attorney | Larson, Keith D. | |
| 12/13/2019 Attorney | AAT Court 183 CEL 183 | |
| 12/13/2019 Judge | Silverman, Charles Milton Presiding | |
| 12/11/2019 Complaint Filed | 1200 183 FAIL TO COMPLY AS SEX O LEVEL F3 | |
| 12/13/2020 - Bondset | $5000 | |
| 12/11/2020 - Reviewed By | Vazquez, Mauricio | |
| 12/11/2020 - ORI | Houston Police Depar Offense No. 162418219 | |

| Date | Description |
|---|---|
| 12/11/2019 – Complaintant | Black, CR |
| 12/11/2019 – Motions | State High Bond 999 |
| 12/11/2019 – Motions | Filed CFL 183 |

Gregory W. Brooks II
V.
- Houston Police Department
- Harris Centers
- Bob Casey

3/2/2020
ATT: 4:19-cv-0501 = Refile

Spn# 02753347 TDCJ# 02...

United States Courts
Southern District of Texas
FILED
FEB 18 2020
David J. Bradley, Clerk of Court

To David J. Bradley Clerk of Court

This is My Mother Address OK!!
Send a copy of the Case file to her
As well she get's A copy of every thing
that you send to me Also! So make up
Two copy's of what ever you send out OK!
One for My Mother! + one for Me! OK!

- Send Her a copy of every Case file I have!
- MOM → Cheryl Brooks → (My Mother)
  10581 Pueblo Springs St.
  Las Vegas NV 89183 / 317-331-9864
  (Cell Phone! (OK!)

G-WBII → Me → 1200 Baker St (SDTB)
Houston TX 77002     phone (N/A)

Send A copy of the files everything
goes to Both Address OK! This is My Mothers
Address as well
                Thank You!!
P.S                            Gregory W. Brooks II
Send her a copy of my         X Gregory W. Brooks II
Criminal Record Please David!!   Spn# 02753347

→ 3/2/2020
2/14/2020

(Liveing Document)
(Plus A Grievance)

Today we have the SAME Problem with the Mail! it's Now (10:33 AM) Buisness hours have Been going now for a while. + I've Been Trying To get The mail for a while since About (8:30 AM) STILL NO MAiL So I Just started writting this Letter so the court can Pull the camera for today + see me Asking the Gaurd to help me + pass me my Legal mail! Yes it's Also Legal Mail i need To Answer this my back or do Paperwork for the court with it Because I have Several civil suits Active Now. I'm going to Ask Again + check the time + write it Down. (10:38 or 10:40) AM OK! This is what they do it a violation of my Rights to my mail! Mail should Be Passed out Around Buisness hour's (8:00 AM) or (9:00 AM) Period!!

Here's my Problem with this Place! Here in the Harris county Jail I understand ok! (you are in Jail!) ok! fine you Broke the Law! this come's with a locked Door! (OK Bet!) That Doe's NOT Mean you can violate me at the same time in Any way! if I go As far as to say this! I Already Being Punished By Being in Jail! So of the things They do in Here are Just Inhuman Period right Now if you look it's Now 1048. it's freezing in my cell. They keep the AC on sub zero in here it's not like this in SB1185 Jail Deversion Program Tank

(2A1B) Another case of how Discrimination is a factor in this Jail.

Gregory Wade Brooks II
X _Gregory W. Brooks_
Spn# 02253347
TDCJ# 02250041

Attach this Document to ALL my case's OK!

3/2/2020

Attach to ALL my cases!! Active Now!

Spn#02753347 (Right to Press) (Add This civil suit) Now! 2/2/2020

No - The News Paper - 2/12/2020

Grievance ☑ No - The Mail - (9:30 AM) I wrote up!!

No° No Toilet Paper/No° No change of cloths

This Morning Two Things happened in my Tank. It seems we got No Mail + The News Paper did Not come in. We have a right to Press (Meaning The News Paper) This is not right so I have to write it up. This is a founded Grievance so Don't come over to me with a unfounded marked Receipt ok! No Mail + No News Paper 2/12/2020. (9:30 AM) (I-60 sent out!!)

+ More up top!! 2/11/2020 (GWBII) (No Law Library) (for me!!) witness in my tank (No News Paper + Mail)

1. Ronald Robertson 02852613
2. Thomas Turman #02344312
3. J. Marco 02572132 #
4. Kendrick Gilbert 02181535
5. Immanuel Edens #02921490 ☑ • No Law Library came!!
6. Karl D. Jones #01597145 ☑ • I'll Mail the 1983 But!
7. Deronte Bickham 02071093 ☑ • (This is A Civil Suit!!)
8. Kerry Smith # 03013852 ☑ • Living Document
9. Jason Mecksaner # 02346858  Mailed out (11:43 AM)
10. Michael Dancer #00802095  Still No Mail!!

x [signature]

Gregory W. Brooks II (1200)  Spn#02753347  (SDIB) (2/12/2020)

United States Courts Southern District of Texas FILED FEB 18 2020 David J. Bradley, Clerk of Court

2/3/2020

Att- 4:19-cv-05011
4:20-cv-00387
And the rest!!

Attach to All my Civil suits Active Now! (All 12 cases!)
(Living Document)   F.B.I

Done!!
(12:30 PM)

Living Document: finished writing it at: → 2/12/2020

JA09-SD1B= (General Population + Sex offence)
(Mail came in at 1207) (I Sent in Petition
(Every Body Knows this is wrong!)

United States Courts
Southern District of Texas
FILED
FEB 18 2020
David J. Bradley, Clerk of Court

At this point now the Deputy on Duty Does Not want to pass at the mail! I asked him several times for the mail + no help (12:20 PM) Still the mail is just sitting on his desk! His excuse is I've Been here all night he's working a double Sift so he's not going to help! Violating my rights too my mail! These people have a realy bad way about being! In here your Just an Inmate + they treat you Like Sh*t! This is just an example of the things they Do out of Spit! It's A sham! I'm a human Being + An American Citizen in a county Jail pending Trial! This is the way some of the Deputy's Act here in this Jail! This place is crooked as a hanger. The FBI needs to put a foot down Around here. Now my rights to my mail are being violated Look at the camera it's now 12:30 PM still no mail pased out I going to ask him at the window now you'll see me walk up! with Glasses on!! (as you can see still no help.) I explained to this man that I am fighting my case + that I have Legal mail in the mail stak sitting in plane view of the camera it's a PTZ Camera so you can here + zoom in I now what type of technology they have in this jail Because I'm also an IT Technician Pan Tilt + Zoom Cameras with PA System features they can even talk to you over their Panasonic (PTZ-PA) Camera's

Pull the Camera's Judge's and Look:
(Violating My Right's on Camera)
(Duty to investigate) = Public Servant → 36.06 Penal code

I know what's going on: Make it worst I've Been Trying to get Some help: The Judge's won't help me & I've Been having my issue's with the Clerk Marilyn Burgess & She Didn't whant to send me my Record of my criminal History & More!!

These people in Houston are a trip! & it's raceial at times Too. (They Be raceist!) as we speak my right's are Being violated & their still is no news paper: rights to the press violated & want to sue About 2/12/2020 No News Paper & No Mail! At this time it's 1240 still no mail passed out & it came up to the tank late! they Just Don't give a Damn I have court tommarrow 12/13/2020 I'm fighting my case And they don't wont me to get Any thing Done on time! As you can see Pull the Camera's & Look at what's happening Now This is a Living Document & I'm at the table writting every thing Down. This is A Civil suit About the news Paper Being Put in this Tank! (their was none today!) my right to the Press! & my Rights to my Mail Attach this Document to every civil suit I have in court know & Judge's I've written the FBI About this matter in court as well & All my civil suits they no About Now. I Am in Imminent Danger of serious Physical injury Now in General Population with A sex offence & sex offender charge Cause No. 1656516 These People Are Crazy in houston it's Still the south ×    XSM#02753797

2/3/2020

Civil suit

(Living Document)

2/13/2020 (Add on..?)

ATT: (Attach To ALL My open CASE in court Now please)

OK Now Today (2/13/2020) I Just get Back from court. It's Now (11:37) & We Still have No Mail Again in my Tank again This is a real Problem for People handleing Legal Buisness & They need To start get work done at a Resonable Time No Mail & It's getting Later & Later in the afternoon as we speak About This Matter I ALSO would Like To Bring up The fact That Today in Court I was violated By Judge chuck silverman via Denial of (Art. 17.151) Redease Becouse of Delay! This is LAW! The actions of The Jude Reflect Obstruction 36.06 Penal code I'm ALSO going To write This Judge up!! I'm Indigent in This Matter So A PR-Bond would have Been The Proper Thing to do in This CASE! Judge chuck silverman was Notified about & of The Law & what it Say's But He Still chose To Break The Law from The Judge's position! Obstruction of Justice By a Public Servant is a felony-3 charge & This is a case of obstruction! It Seems Like The Law get Broken all The Time In The Harris county Justice System Period! A LAW Broken By a representitive of the Law Makes it even worst! Your are a Public Servant for Justice & You Don't Up hold Justic At ALL! Gregory Wade Brooks X [signature]

Spn#02753347

United States Courts Southern District of Texas FILED FEB 18 2020 David J. Bradley, Clerk of Court

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston TX 77208

(Notice)

(I'll send in (1983 forms) about this soon!)