UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY WADE BROOKS II, SPN 02753347, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-20-816 |
| HARRIS COUNTY JAIL | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum and Order signed on this day, this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 21ST day of March, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

1 / 1